

# NUMBER 13-13-00428-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

EDWARD CASTILLO,                                                        Appellant,

v.

CUAHUTEMOCH COBARRUBIAS,                                   Appellee.

### On appeal from 370th District Court
### of Hidalgo County, Texas.

# MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

This case is before the Court on an agreed motion for reversal and remand to the trial court for further proceedings. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. Pursuant to agreement, the parties request this Court to reverse the trial court's default judgments and remand this case for further proceedings in the trial court. We GRANT the motion and REVERSE without

reference to the merits of the case and REMAND this case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See id.* at 42.1(d).

PER CURIAM

Delivered and filed the
28th day of May, 2015.

2